IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER P. MORRIS,                    )
                                          )
                    Petitioner,           )
                                          )
        v.                                )        Case No. 23-3133-JWL
                                          )
KEVIN PAYNE, Commandant,                  )
United States Disciplinary Barracks,      )
                                          )
                    Respondent.           )
                                          )
_____ )

## **<u>MEMORANDUM AND ORDER</u>**

Petitioner, a military prisoner acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his convictions by court martial.  In two orders, the Court denied the petition.  Petitioner has now filed in this Court a motion to proceed on appeal without prepayment of fees (*in forma pauperis*) (Doc. # 22).  The Court **denies** the motion.

Fed. R. App. P. 24(a) provides that a party who wishes to appeal *in forma pauperis* must file a motion for such relief in the district court.  *See id.*  28 U.S.C. § 1915(a)(3), however, provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  *See id.*  Good faith in this context is demonstrated when the defendant "seeks appellate review of any issue not frivolous," under an objective standard.  *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *see also McIntosh v. U.S. Parole Comm'n*, 115 F.3d 809, 812 (10th Cir. 1997) (*in forma*

*pauperis* request on appeal requires demonstration of "the existence of a reasoned, non-frivolous argument on the law and facts in support of the issue raised on appeal") (internal quotation omitted).

In denying the petition in this case, the Court ruled that because the military courts have given full and fair consideration to petitioner's claims, it could not review the merits of those claim under the Tenth Circuit's strict standard of review. *See Santucci v. Commandant*, 66 F.4th 844, 852-71 (10th Cir.), *cert. denied*, 144 S. Ct. 191 (2023). Petitioner has not shown the existence of a reasoned, non-frivolous argument challenging that ruling. Accordingly, the Court certifies that petitioner's appeal is not taken in good faith, and it therefore denies the motion to proceed on appeal without prepayment of fees.

IT IS THEREFFORE ORDERED BY THE COURT THAT petitioner's motion to proceed on appeal without prepayment of fees (*in forma pauperis*) is hereby **denied**. The Court certifies by this order that petitioner's appeal from the judgment in this case is not taken in good faith as required by 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

Dated this 5th day of August, 2023, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge